# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| NATIONAL CREDIT UNION, ADMINISTRATION BOARD, as Liquidating Agent of St. Paul Croatian Federal Credit Union,<br><br>  Plaintiff,<br><br>v.<br><br>CUMIS INSURANCE SOCIETY, INC.,<br><br>  Defendant. | CASE NO. 1:11 CV 1739<br><br>MAGISTRATE JUDGE GREG WHITE<br><br>**JUDGMENT ENTRY** |

Consistent with a Memorandum Opinion and Order of this Court also filed this date, judgment is entered in favor of Defendant CUMIS Insurance Society, Inc. Each party shall bear its own costs.

IT IS SO ORDERED.

/s/ Greg White
U.S. Magistrate Judge

Date:  January 14, 2016